IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARBARA KLUMPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-1251-CV-W-DW |
| | ) |
| DAIMLER CHRYSLER CORP., | ) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court is Plaintiff's Stipulation of Dismissal With Prejudice. (Doc. 5). The parties move the Court to dismiss this case with prejudice with parties to bear their own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41(a)(1)(ii). The clerk of the court shall mark this case as closed.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: May 31, 2006